|  | AUSA: | Douglas Salzenstein | Telephone: (313) 226-9100 |
|---|---|---|---|
|  | Special Agent: | Michael Wagner | Telephone: (313) 965-2323 |

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the
Eastern District of Michigan

I hereby certify that the foregoing is a certified copy of the original on file in this office.

Clerk, U.S. District Court
Eastern District of Michigan

By: s/Davon Allen

Deputy

United States of America

v.

Ammar Abdulmajid-Mohamed Said

Case No. **2:25-mj-30313**

FILED
MAY 20 2025
CLERK'S OFFICE
U.S. DISTRICT COURT

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Ammar Abdulmajid-Mohamed Said ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Within the Eastern District of Michigan, SAID violated 18 U.S.C. § 2339B(a)(1), attempting to provide material support and resources to a designated FTO, ISIS; and 18 U.S.C. § 842(p)(2), distributing information related to a destructive device/explosive, *i.e.*, a Molotov cocktail containing certain components to a person knowing and intending that such person intended to use the information for and in furtherance of a federal crime of violence.

Date:  May 13, 2025

_Elizabeth A. Stafford_
Issuing officer's signature

City and state:  Detroit, MI

Elizabeth Stafford, US Magistrate Judge
Printed name and title

---

**Return**

This warrant was received on *(date)* 13 MAY 2025 , and the person was arrested on *(date)* 13 MAY 2025
at *(city and state)* WARREN, MI .

Date:  14 MAY 2025

_Michael Wagner_
Arresting officer's signature

Michael Wagner, Special Agent - FBI
Printed name and title

*Distribution: Original Court – 1copy U.S. Marshal – 2 copies USA*